1  RICARDO M. GONZALEZ
   Attorney at Law
2  State Bar No. 98993
   101 West Broadway, Suite 1950
3  San Diego, CA 92101-6036
   Tel: (619) 238-9910
4   FAX: 238-9914

5  Attorney for Defendant
   Rolando Ernesto Samper-Torres
6

FILED
APR 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  ROLANDO ERNESTO SAMPER-TORRES  Defendant. | CASE NO. 08MJ01169  SUBSTITUTION OF ATTORNEY |

Defendant, ROLANDO ERNESTO SAMPER-TORRES, hereby substitutes RICARDO M. GONZALEZ, 101 West Broadway, Suite 1950, San Diego, CA 92101-6036, telephone no. (619) 238-9910, as Attorney of Record in place and stead of Joan Kerry Bader, telephone no. (619) 699-5995.

DATED: 4-22-08

RODOLFO ERNESTO SAMPER-TORRES

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 4.22.2008

JOAN KERRY BADER

I HEREBY ACCEPT THE ABOVE SUBSTITUTION.

DATED: 4-22-08

RICARDO M. GONZALEZ

### ORDER

IT IS SO ORDERED.

DATED: 4/22/08

UNITED STATES MAGISTRATE JUDGE